# 15106  

Date: 09/28/10            **DIVIDENDS REMITTED TO THE COURT**            Page: 1

Check Number 113 Dated 09/28/10
Case Number 10-10737 - KING, HARLAN Y

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| City of Cleveland Division of Water<br>PO Box 94540<br>Cleveland, OH 44101-4540 | 000013 # 113 | 30.00 | 4.19 |
| (13-1) unpaid compensation for services performed 01-20-10 to 02-02-10 | | | |
| (13-1) angela_irons@clevelandwater.com, 7769120000 | | | |
| ---------- Remittance Total ---------- | | 30.00 | 4.19 |

DAVIS, STEVEN S., Trustee

FILED 2010 OCT -1 PM 3:42
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 09/28/10 03:49 PM    Ver: 15.20

10-10737-aih    Doc 25    FILED 10/01/10    ENTERED 10/01/10 16:50:26    Page 1 of 1